# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOFT SERVE, INC. D/B/A/ SPRINKLES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 1:13-cv-1782 (JEB) |
| SPRINKLES CUPCAKES, LLC; | ) Hon. James E. Boasberg |
| SPRINKLES CUPCAKES DC, LLC, | ) |
| | ) |
| Defendants. | ) |

## SUPPLEMENTAL JOINT STATUS REPORT

Pursuant to the Court's Minute Order of September 12, 2014, Plaintiff Soft Serve, Inc. ("Soft Serve") and Defendants Sprinkles Cupcakes, LLC, and Sprinkles Cupcakes DC, LLC (collectively "Sprinkles"), by and through their respective attorneys, submit the following Supplemental Joint Status Report:

1. As summarized in the Parties' initial Joint Status Report of August 29, 2014 (Dkt No. 19), the Parties have reached a preliminary agreement to resolve all matters in controversy between them.

2. The Parties have exchanged drafts and on September 23, 2014, counsel for the parties conducted a telephone conference to resolve several outstanding issues in order to finalize the settlement agreement.

3. The Parties have not been able to complete the written agreement because of the unavailability of counsel and Plaintiff's principal due to scheduling conflicts.

4. The Parties anticipate that they will soon be in a position to execute the written settlement agreement and to stipulate to the dismissal with prejudice of the above-captioned case.

5. Given the above facts, the Parties continue to respectfully request that these proceedings remain stayed pending the execution of the final settlement agreement.

Dated: September 26, 2014

Respectfully Submitted,

| SOFT SERVE, INC. D/B/A SPRINKLES | SPRINKLES CUPCAKES, LLC and SPRINKLES CUPCAKES DC, LLC |
|---|---|
| s/ Brendan J. Morrissey<br>By: _____<br>Alan S. Cooper (Bar No. 002568)<br>Brendan J. Morrissey (Bar No. 973809)<br>Christopher Kelly (pro hac vice to be filed)<br>Jennifer L. Elgin (Bar No. 432975)<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 719-7000<br>Facsimile: (202) 719-7049<br>Email:<br>   acooper@wileyrein.com<br>   bmorrissey@wileyrein.com<br>   ckelly@wileyrein.com<br>   jelgin@wileyrein.com<br><br>*Attorneys for Plaintiff Soft Serve, Inc.* | s/ Richard Ben-Veniste<br>By: _____<br>Richard Ben-Veniste (Bar No. 220004)<br>Richard M. Assmus (Bar No. 486241)<br>Sean P. McDonnell (Bar No. 1018463)<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300<br>Email:<br>   rben-veniste@mayerbrown.com<br>   rassmus@mayerbrown.com<br>   smcdonnell@mayerbrown.com<br><br>*Attorneys for Defendants Sprinkles Cupcakes, LLC and Sprinkles Cupcakes DC, LLC* |