IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOFT SERVE, INC. D/B/A/ SPRINKLES ) ) ) Plaintiff ) ) v. ) ) SPRINKLES CUPCAKES, LLC ) ) and ) ) SPRINKLES CUPCAKES DC, LLC ) ) Defendants ) | Civil Action No. 1:13-cv-01782-JEB/JMF Judge James E. Boasberg Magistrate Judge John M. Facciola |

SUPPLEMENTAL JOINT
STATUS REPORT

Plaintiff Soft Serve, Inc. and Defendants Sprinkles Cupcakes, LLC, and Sprinkles Cupcakes DC, LLC, through their respective undersigned counsel, submit the following Supplemental Joint Status Report:

(1) On September 29, 2014, the Court entered a Minute Order directing the parties to submit a Supplemental Joint Status Report by October 13, 2014 with respect to the settlement of the above-referenced civil action.

(2) The parties have reached a settlement following the mediation conducted by Magistrate Judge John M. Facciola on August 19, 2014.

(3) An Agreement has been prepared, approved by all parties, and was executed by an officer of Plaintiff on October 10, 2014, and has been forwarded to counsel for the Defendants.

(4)    The parties anticipate that the Agreement in question will be fully-executed within the next few days.

(5)    The Agreement provides in pertinent part that the parties will enter into a Stipulation dismissing all of the claims and counterclaims asserted in this civil action with prejudice within ten (10) days following the full execution of the Agreement. It is anticipated that Stipulation will be filed with the Court in that required timeframe.

(6)    In light of the foregoing, the Parties jointly request that proceedings remain suspended pending the filing of the Stipulation of Dismissal.

                                                                       Respectfully Submitted,

Dated:  October 14, 2014

| SOFT SERVE, INC. D/B/A SPRINKLES | SPRINKLES CUPCAKES, LLC and SPRINKLES CUPCAKES DC, LLC |
|---|---|
| By: s/Brendan J. Morrissey<br>   Brendan J. Morrissey (Bar No. 973809)<br>   Alan S. Cooper (Bar No. 002568)<br>   Christopher Kelly (*pro hac vic*e to be filed)<br>   Jennifer L. Elgin (Bar No. 432975)<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, D.C.  20006<br>Telephone: (202) 719-7000<br>Facsimile: (202) 719-7049<br>Email:<br>   bmorrissey@wileyrein.com<br>   acooper@wileyrein.com<br>   ckelly@wileyrein.com<br>   jelgin@wileyrein.com<br><br>Attorneys for Plaintiff Soft Serve, Inc. d/b/a Sprinkles | By: s/Richard Ben-Veniste/<br>   Richard Ben-Veniste (Bar No. 220004)<br>   Sean P. McDonnell (Bar No. 1018463)<br>   MAYER BROWN LLP<br>   1999 K Street, N.W.<br>   Washington, D.C. 20006<br>   Telephone: (202) 263-3000<br>   Facsimile: (202) 263-3300<br>   Email:<br>     rben-veniste@mayerbrown.com<br>     smcdonnell@mayerbrown.com<br><br>                        and |

Richard M. Assmus (admitted *pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
Email: rassmus@mayerbrown.com

Attorneys for Defendants Sprinkles Cupcakes, LLC and Sprinkles Cupcakes DC, LLC